## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | RAPOPORT, SCOTT T. | § | Case No. 10-14066 |
| | RAPOPORT, CAROLYN J. | § | |
| | | § | |
| Debtor(s) ROOS, CAROLYN JAYNE | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 07/28/2011 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/27/2011_____          By:     /s/Eugene Crane_____
                                                 Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: RAPOPORT, SCOTT T. | § | Case No. 10-14066 |
| RAPOPORT, CAROLYN J. | § | |
| | § | |
| Debtor(s) ROOS, CAROLYN JAYNE | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 6,000.39 |
| *and approved disbursements of* | $ | 4.81 |
| *leaving a balance on hand of* [1] | $ | 5,995.58 |

**Balance on hand:**  $  5,995.58

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $   0.00

Remaining balance:   $   5,995.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 1,350.04 | 0.00 | 1,350.04 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 3,298.00 | 0.00 | 3,298.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 22.62 | 0.00 | 22.62 |

Total to be paid for chapter 7 administration expenses:   $   4,670.66

Remaining balance:   $   1,324.92

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    1,324.92

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $609.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6P-3 | Internal Revenue Service | 609.00 | 0.00 | 609.00 |

Total to be paid for priority claims:    $    609.00
Remaining balance:    $    715.92

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 90,014.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp Agent for World Financial Network | 664.36 | 0.00 | 5.28 |
| 2 | Discover Bank | 7,984.34 | 0.00 | 63.50 |
| 3 | Chase Bank USA, N.A. | 14,759.38 | 0.00 | 117.39 |
| 4 | Chase Bank USA, N.A. | 1,821.87 | 0.00 | 14.49 |
| 5 | Citibank NA as trustee for The Student Loan Corp. | 25,455.51 | 0.00 | 202.46 |
| 6U-3 | Internal Revenue Service | 1,664.66 | 0.00 | 13.24 |
| 7 | PYOD LLC as assignee of Citibank NA | 12,891.94 | 0.00 | 102.53 |
| 8 | American Express Bank, FSB | 24,772.49 | 0.00 | 197.03 |

Total to be paid for timely general (unsecured) claims:    $ _____ 715.92

Remaining balance:    $ _____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $ _____ 0.00

Remaining balance:    $ _____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** _____ 0.00

Remaining balance:    $ _____ 0.00

Prepared By:   /s/EUGENE CRANE _____

                                 Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: cmendoza1 | Date Created: 6/28/2011 |
| Case: 10−14066 | Form ID: pdf006 | Total: 29 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Scott T. Rapoport | 819 Graceland Avenue, #206 | Des Plaines, IL 60016 | |
| jdb | Carolyn J. Rapoport | 819 Graceland Avenue, #206 | Des Plaines, IL 60016 | |
| tr | Eugene Crane | Crane Heyman Simon Welch &Clar | 135 S Lasalle Ste 3705 | Chicago, IL 60603 |
| sp | Eugene Crane | Crane Heyman Simon Welch &Clar | 135 S Lasalle Ste 3705 | Chicago, IL 60603 |
| aty | Eugene Crane | Crane Heyman Simon Welch &Clar | 135 S Lasalle Ste 3705 | Chicago, IL 60603 |
| aty | Scott D Rogoff | Rogoff &Betancourt, PC | 2720 S. River Road, Suite 150 | Des Plaines, IL 60018 |
| 15344154 | American Express | PO Box 0001 | Los Angeles, CA 90096−8000 | |
| 16401445 | American Express Bank, FSB | c o Becket and Lee LLP | POB 3001 | Malvern, PA 19355−0701 |
| 15980019 | American Infosource Lp As Agent for | World Financial Network National Bank As | Ann Taylor | PO Box 248872 | Oklahoma City, OK 73124−8872 |
| 15344155 | Amex | PO Box 297871 | Fort Lauderdale, FL 33329 | |
| 15344156 | Amex | PO Box 297871 | Fort Lauderdale, FL 33329 | |
| 15344157 | CCR Services | for Village Of Northfield Camera V | P O Box 32299 | Columbus, OH 43232 |
| 16025628 | Chase Bank USA, N.A. | PO Box 15145 | Wilmington, DE 19850−5145 | |
| 15344158 | Chase Cardmember Service | P.O. Box 15153 | Wilmington, DE 19886−5153 | |
| 15344159 | Chase Cardmember Service | P.O. Box 15153 | Wilmington, DE 19886−5153 | |
| 15344160 | Citi Cards | Processing Center | Des Moines, IA 50363 | |
| 15344161 | Citibank | PO Box 22828 | Rochester, NY 14692 | |
| 15344162 | Citibank | PO Box 22828 | Rochester, NY 14692 | |
| 16034730 | Citibank NA as trustee for The SLC | Citibank (South Dakota), N.A. | ATTN: Claims Dept. MC 2135 | 701 E 60th Street North | Sioux Falls, SD 57117 |
| 15996316 | Discover Bank | Dfs Services LLC | PO Box 3025 | New Albany, OH 43054−3025 |
| 15344163 | Discover Finance | PO Box 15316 | Wilmington, DE 19850 | |
| 15344165 | HSBC/BestBuy | PO Box 15521 | Wilmington, DE 19805 | |
| 15344164 | HSBC/Bestbuy | PO Box 15521 | Wilmington, DE 19805 | |
| 15344166 | ICS Collection Services | For Luteran General Hospital | PO Box 1010 | Tinley Park, IL 60477−9110 |
| 16239668 | Internal Revenue Service | Centralized Insolvency Operations | Stop N 781 | P.O Box 21126 | Philadelphia,Pa 19114 |
| 15344167 | Internal Revenue Service | PO Box 9012 | Holtsville, NY 11742−9012 | |
| 16365026 | PYOD LLC its successors and assigns as assignee of | Citibank, NA | c/o Resurgent Capital Services | PO Box 19008 | Greenville, SC 29602− |
| 15344168 | Wells Fargo Hm Mortgag | 8480 Stagecoach Cir | Frederick, MD 21701 | |
| 15344169 | Wfnnb/Att Loft | PO Box 659705 | Columbus, OH 43218−2273 | |

TOTAL: 29