**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: RAPOPORT, SCOTT T. | § | Case No. 10-14066 |
| RAPOPORT, CAROLYN J. | § | |
| | § | |
| Debtor(s) ROOS, CAROLYN JAYNE | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $302,427.66 *(without deducting any secured claims)* | Assets Exempt: $50,663.66 |
| Total Distribution to Claimants: $1,325.00 | Claims Discharged Without Payment: $141,500.63 |
| Total Expenses of Administration: $4,675.47 | |

    3)  Total gross receipts of $ 6,000.47 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,000.47 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $329,530.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,675.47 | 4,675.47 | 4,675.47 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 609.00 | 609.00 | 609.00 | 609.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 140,085.78 | 90,014.55 | 90,014.55 | 716.00 |
| **TOTAL DISBURSEMENTS** | $470,224.78 | $95,299.02 | $95,299.02 | $6,000.47 |

4) This case was originally filed under Chapter 7 on March 31, 2010. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/13/2011    By: /s/EUGENE CRANE
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Settlement from Adversary Complaint re: exempt | 1249-000 | 6,000.00 |
| Interest Income | 1270-000 | 0.47 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.47** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | HSBC/Bestbuy | 4110-000 | 1,919.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/BestBuy | 4110-000 | 569.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 326,358.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/Att Loft | 4110-000 | 684.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$329,530.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 1,350.04 | 1,350.04 | 1,350.04 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 3,298.00 | 3,298.00 | 3,298.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 22.62 | 22.62 | 22.62 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.81 | 4.81 | 4.81 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,675.47 | 4,675.47 | 4,675.47 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P-3 | Internal Revenue Service | 5800-000 | 609.00 | 609.00 | 609.00 | 609.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 609.00 | 609.00 | 609.00 | 609.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp Agent for World Financial Network | 7100-000 | N/A | 664.36 | 664.36 | 5.28 |
| 2 | Discover Bank | 7100-000 | 7,901.00 | 7,984.34 | 7,984.34 | 63.51 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 14,615.00 | 14,759.38 | 14,759.38 | 117.40 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 1,821.00 | 1,821.87 | 1,821.87 | 14.49 |
| 5 | Citibank NA as trustee for The Student Loan Corp. | 7100-000 | 25,363.00 | 25,455.51 | 25,455.51 | 202.48 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6U-3 | Internal Revenue Service | 7100-000 | N/A | 1,664.66 | 1,664.66 | 13.24 |
| 7 | PYOD LLC as assignee of Citibank NA | 7100-000 | 12,975.00 | 12,891.94 | 12,891.94 | 102.55 |
| 8 | American Express Bank, FSB | 7100-000 | 25,208.70 | 24,772.49 | 24,772.49 | 197.05 |
| NOTFILED | ICS Collection Services For Luteran General Hospital | 7100-000 | 1,516.08 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 25,293.00 | N/A | N/A | 0.00 |
| NOTFILED | CCR Services for Village Of Northfield Camera V | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 25,293.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 140,085.78 | 90,014.55 | 90,014.55 | 716.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-14066  
Case Name: RAPOPORT, SCOTT T.  
RAPOPORT, CAROLYN J.  
Period Ending: 09/13/11

Trustee: (330350)   EUGENE CRANE  
Filed (f) or Converted (c): 03/31/10 (f)  
§341(a) Meeting Date: 06/01/10  
Claims Bar Date: 11/10/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  819 Graceland, Unit 206, Des Plaines, Illinois | 280,000.00 | 0.00 | DA | 0.00 | FA |
| 2  Checking account held by JPMorgan Chase for debt | 0.00 | 0.00 |  | 0.00 | FA |
| 3  Checking account held by JPMorgan Chase for join | 0.00 | 0.00 |  | 0.00 | FA |
| 4  Joint savings account  Orig. Asset Memo: Orig. Description: Joint savings account; Imported from original petition Doc# 1 | 44.00 | 44.00 | DA | 0.00 | FA |
| 5  Business account held by JPMorgan Chase for STR | 100.00 | 0.00 | DA | 0.00 | FA |
| 6  Paypal account | 35.00 | 35.00 | DA | 0.00 | FA |
| 7  TV  Orig. Asset Memo: Orig. Description: TV; Imported from original petition Doc# 1 | 50.00 | 50.00 | DA | 0.00 | FA |
| 8  TV  Orig. Asset Memo: Orig. Description: TV; Imported from original petition Doc# 1 | 40.00 | 40.00 | DA | 0.00 | FA |
| 9  Computer  Orig. Asset Memo: Orig. Description: Computer; Imported from original petition Doc# 1 | 50.00 | 50.00 | DA | 0.00 | FA |
| 10  Computer  Orig. Asset Memo: Orig. Description: Computer; Imported from original petition Doc# 1 | 100.00 | 100.00 | DA | 0.00 | FA |
| 11  Laptop  Orig. Asset Memo: Orig. Description: Laptop; Imported from original petition Doc# 1 | 75.00 | 0.00 |  | 0.00 | FA |
| 12  Laptop  Orig. Asset Memo: Orig. Description: Laptop; Imported from original petition Doc# 1 | 200.00 | 200.00 | DA | 0.00 | FA |
| 13  Laptop | 300.00 | 300.00 | DA | 0.00 | FA |
| 14  DVD/VCR Combo | 50.00 | 50.00 | DA | 0.00 | FA |
| 15  Tivo  Orig. Asset Memo: Orig. Description: Tivo; Imported from original petition Doc# 1 | 50.00 | 50.00 | DA | 0.00 | FA |
| 16  Table and chair set | 200.00 | 200.00 | DA | 0.00 | FA |

Printed: 09/13/2011 09:31 AM   V.12.57

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-14066 | Trustee: | (330350) EUGENE CRANE |
| --- | --- | --- | --- |
| Case Name: | RAPOPORT, SCOTT T. | Filed (f) or Converted (c): | 03/31/10 (f) |
| | RAPOPORT, CAROLYN J. | §341(a) Meeting Date: | 06/01/10 |
| Period Ending: | 09/13/11 | Claims Bar Date: | 11/10/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 17 | Couch<br>  Orig. Asset Memo: Orig. Description: Couch; Imported from original petition Doc# 1 | 100.00 | 100.00 | DA | 0.00 | FA |
| 18 | Coffee table<br>  Orig. Asset Memo: Orig. Description: Coffee table; Imported from original petition Doc# 1 | 25.00 | 25.00 | DA | 0.00 | FA |
| 19 | Chair<br>  Orig. Asset Memo: Orig. Description: Chair; Imported from original petition Doc# 1 | 50.00 | 50.00 | DA | 0.00 | FA |
| 20 | Bedroom set<br>  Orig. Asset Memo: Orig. Description: Bedroom set; Imported from original petition Doc# 1 | 200.00 | 200.00 | DA | 0.00 | FA |
| 21 | Baby furniture set<br>  Orig. Asset Memo: Orig. Description: Baby furniture set; Imported from original petition Doc# 1 | 100.00 | 100.00 | DA | 0.00 | FA |
| 22 | Glider<br>  Orig. Asset Memo: Orig. Description: Glider; Imported from original petition Doc# 1 | 50.00 | 50.00 | DA | 0.00 | FA |
| 23 | Printer | 25.00 | 25.00 | DA | 0.00 | FA |
| 24 | Debtor's clothes<br>  Orig. Asset Memo: Orig. Description: Debtor's clothes; Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 25 | Joint debtor's clothes | Unknown | 0.00 | | 0.00 | FA |
| 26 | Engagement ring<br>  Orig. Asset Memo: Orig. Description: Engagement ring; Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 27 | Wedding band<br>  Orig. Asset Memo: Orig. Description: Wedding band; Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 28 | Wedding band<br>  Orig. Asset Memo: Orig. Description: Wedding band; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 29 | Diamond necklace | 500.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-14066 | **Trustee:** (330350)   EUGENE CRANE |
| **Case Name:** RAPOPORT, SCOTT T. | **Filed (f) or Converted (c):** 03/31/10 (f) |
| RAPOPORT, CAROLYN J. | **§341(a) Meeting Date:** 06/01/10 |
| **Period Ending:** 09/13/11 | **Claims Bar Date:** 11/10/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Orig. Description: Diamond necklace; Imported from original petition Doc# 1 | | | | | |
| 30 | Camera | 50.00 | 50.00 | DA | 0.00 | FA |
| 31 | Beretta 92 FS | 200.00 | 200.00 | DA | 0.00 | FA |
| 32 | Glock 23<br>    Orig. Asset Memo: Orig. Description: Glock 23; Imported from original petition Doc# 1 | 200.00 | 200.00 | DA | 0.00 | FA |
| 33 | Whole policy held by Northwestern Mutual<br>    Orig. Asset Memo: Orig. Description: Whole policy held by Northwestern Mutual - no cash value; Imported from original petition Doc# 1 | 445.00 | 445.00 | DA | 0.00 | FA |
| 34 | TRS pension for Joint Debtor<br>    Orig. Asset Memo: Orig. Description: TRS pension for Joint Debtor; Imported from original petition Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| 35 | 403(b) Account. Equi-V est AXA Equitable, PO Box<br>    Orig. Asset Memo: Orig. Description: 403(b) Account. Equi-V est AXA Equitable, PO Box 4956, Syracuse, NY 13221; Imported from original petition Doc# 1 | 4,200.00 | 200.00 | DA | 0.00 | FA |
| 36 | 403(b) throuth First Investors, ONe East 22nd St | 963.66 | 0.00 | DA | 0.00 | FA |
| 37 | STR Wireless Management, 819 Graceland, Ste. 206<br>    Orig. Asset Memo: Orig. Description: STR Wireless Management, 819 Graceland, Ste. 206, Des Plaines, Illinois 60016 - sole proprietorship of Debtor; Imported from original petition Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| 38 | Receivables for business for STR Wireless Venico | 8,600.00 | 600.00 | DA | 0.00 | FA |
| 39 | 2004 Chevy Monte Carlo | 3,500.00 | 1,100.00 | DA | 0.00 | FA |
| 40 | 2003 Honda CR-V | 2,500.00 | 100.00 | DA | 0.00 | FA |
| 41 | Settlement from Adversary Complaint re: exempt  (u) | Unknown | Unknown | | 6,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.47 | FA |
| 42 | Assets    Totals (Excluding unknown values) | $305,402.66 | $4,564.00 | | $6,000.47 | $0.00 |

Exhibit 8

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-14066  
**Case Name:** RAPOPORT, SCOTT T.  
RAPOPORT, CAROLYN J.  
**Period Ending:** 09/13/11

**Trustee:** (330350)   EUGENE CRANE  
**Filed (f) or Converted (c):** 03/31/10 (f)  
**§341(a) Meeting Date:** 06/01/10  
**Claims Bar Date:** 11/10/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2011         **Current Projected Date Of Final Report (TFR):**   June 15, 2011  (Actual)

Printed: 09/13/2011 09:31 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-14066 | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | RAPOPORT, SCOTT T. | | Bank Name: | The Bank of New York Mellon |
| | RAPOPORT, CAROLYN J. | | Account: | 9200-******87-65 - Money Market Account |
| Taxpayer ID #: | **-***4293 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/13/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/13/10 | {41} | Scott Rapoport | Settlement on personal property exemptions | 1249-000 | 6,000.00 | | 6,000.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 6,000.02 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,000.07 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,000.11 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,000.16 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,000.21 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,000.25 |
| 02/28/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #10-14066, ~ Blanket Bond #016026455 | 2300-000 | | ! 4.81 | 5,995.44 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 5,995.49 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,995.53 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 5,995.58 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,995.62 |
| 07/28/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 5,995.66 |
| 07/28/11 | | To Account #9200******8766 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 5,995.66 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,000.47 | 6,000.47 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,995.66 | |
| | | | Subtotal | | 6,000.47 | 4.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,000.47 | $4.81 | |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 09/13/2011 09:31 AM  V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-14066 | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | RAPOPORT, SCOTT T. | | Bank Name: | The Bank of New York Mellon |
| | RAPOPORT, CAROLYN J. | | Account: | 9200-******87-66 - Checking Account |
| Taxpayer ID #: | **-***4293 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/13/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/28/11 | | From Account #9200******8765 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 5,995.66 | | 5,995.66 |
| 07/28/11 | 101 | EUGENE CRANE | Dividend paid 100.00% on $1,350.04, Trustee Compensation;  Reference: | 2100-000 | | 1,350.04 | 4,645.62 |
| 07/28/11 | 102 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $3,298.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,298.00 | 1,347.62 |
| 07/28/11 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $22.62, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 22.62 | 1,325.00 |
| 07/28/11 | 104 | Internal Revenue Service | Dividend paid 100.00% on $609.00; Claim# 6P-3; Filed: $609.00; Reference: | 5800-000 | | 609.00 | 716.00 |
| 07/28/11 | 105 | American Infosource Lp Agent for World Financial Network | Dividend paid   0.79% on $664.36; Claim# 1; Filed: $664.36; Reference: | 7100-000 | | 5.28 | 710.72 |
| 07/28/11 | 106 | Discover Bank | Dividend paid   0.79% on $7,984.34; Claim# 2; Filed: $7,984.34; Reference: | 7100-000 | | 63.51 | 647.21 |
| 07/28/11 | 107 | Chase Bank USA, N.A. | Dividend paid   0.79% on $14,759.38; Claim# 3; Filed: $14,759.38; Reference: | 7100-000 | | 117.40 | 529.81 |
| 07/28/11 | 108 | Chase Bank USA, N.A. | Dividend paid   0.79% on $1,821.87; Claim# 4; Filed: $1,821.87; Reference: | 7100-000 | | 14.49 | 515.32 |
| 07/28/11 | 109 | Citibank NA as trustee for The Student Loan Corp. | Dividend paid   0.79% on $25,455.51; Claim# 5; Filed: $25,455.51; Reference: | 7100-000 | | 202.48 | 312.84 |
| 07/28/11 | 110 | Internal Revenue Service | Dividend paid   0.79% on $1,664.66; Claim# 6U-3; Filed: $1,664.66; Reference: | 7100-000 | | 13.24 | 299.60 |
| 07/28/11 | 111 | PYOD LLC as assignee of Citibank NA | Dividend paid   0.79% on $12,891.94; Claim# 7; Filed: $12,891.94; Reference: | 7100-000 | | 102.55 | 197.05 |
| 07/28/11 | 112 | American Express Bank, FSB | Dividend paid   0.79% on $24,772.49; Claim# 8; Filed: $24,772.49; Reference: | 7100-000 | | 197.05 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,995.66 | 5,995.66 | $0.00 |
| | | | Less: Bank Transfers | | 5,995.66 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,995.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $5,995.66 | |

{} Asset reference(s)                                                                                                                         Printed: 09/13/2011 09:31 AM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 10-14066 | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | RAPOPORT, SCOTT T. | | Bank Name: | The Bank of New York Mellon |
| | RAPOPORT, CAROLYN J. | | Account: | 9200-******87-66 - Checking Account |
| Taxpayer ID #: | **-***4293 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/13/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******87-65 | 6,000.47 | 4.81 | 0.00 |
| Checking # 9200-******87-66 | 0.00 | 5,995.66 | 0.00 |
| | $6,000.47 | $6,000.47 | $0.00 |

{} Asset reference(s)

Printed: 09/13/2011 09:31 AM V.12.57